UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURIE LOVE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-11975 NMG |
| ) | |
| v. ) | |
| ) | |
| AVAYA, INC. ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby dismiss this action with prejudice.  Each party will bear her/its own costs.

Respectfully submitted,

| LAURIE LOVE, | AVAYA INC. |
|---|---|
| By her attorneys, | By its attorneys, |
| | |
| */s/ Denise A. Chicoine* | */s/ Christine J. Wichers* |
| Denise A. Chicoine | Christine J. Wichers |
| Englander & Chicoine P.C. | Lisa M. Gaulin |
| Two Newton Place | Choate, Hall & Stewart LLP |
| Suite 200 | Two International Place |
| Newton, MA  02458-1633 | Boston, Massachusetts 02110 |
| (617) 964-5400 | (617) 248-5000 |

Dated:  July 20, 2006